<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JAMES B. NUTTER AND COMPANY, | Civil Action No.16-cv-2658 (SDW)(LDW) |
| Plaintiff, | |
| v. | **ORDER** |
| MELVENE L. KENNEDY, *her heirs*, *devisees*, *and personal representatives and his/her*, *their*, *or any of their successors in right*, *title and interest*, et al., | January 13, 2017 |
| Defendants. | |

**WIGENTON**, District Judge.

This matter, having come before this Court on *pro se* Defendant Melvene L. Kennedy's ("Defendant") Motion for Reconsideration, pursuant to Fed. R. Civ. P. 59(e), of this Court's November 22, 2016 Amended Order, (Dkt. No. 22), which adopted, as the conclusions of law of this Court, Magistrate Judge Leda D. Wettre's October 26, 2016 Report and Recommendation, (Dkt No. 17), and this Court having read and considered the parties' submissions and good cause having been shown,

**IT IS** on this 13th day of January, 2017,

**ORDERED** that Defendant's Motion for Reconsideration is **DENIED**. There is no meritorious basis for reconsideration of this Court's November 22, 2016 Amended Order. There was no oversight by this Court of the legal issues relevant to the adjudication of this matter, Defendant has not submitted new evidence, and there is no other reason that justifies relief.

s/ Susan D. Wigenton, U.S.D.J.

Orig:   Clerk
cc:     Parties
        Magistrate Leda D. Wettre